IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-16-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| GAYBBRELL SHEREISE COFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for early termination of supervised release (DE 143). The government responded in opposition and the issues raised are ripe for ruling.

Having considered the motion under the governing standard, defendant's motion is GRANTED. While the court acknowledges arguments raised in the government's opposition, defendant has complied with all terms of supervised release, maintained employment, and otherwise demonstrated ongoing rehabilitation. Defendant's probation officer, who has the most direct experience with defendant, also supports early termination. The court commends defendant for his record of achievement in the community and wishes him continued good success as he moves past his prior criminal conduct.

Defendant's term of supervised release is hereby TERMINATED. The clerk shall serve a copy of this order on defendant personally, and transmit same to United States Probation by electronic mail.

SO ORDERED, this the 22nd day of April, 2026.

LOUISE W. FLANAGAN
United States District Judge